UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-987** |
| **MATTECH, L.L.C., ET AL.** | **SECTION "C"(3)** |

## O R D E R

The Court, having considered the plaintiff's motion for attorneys' fees (Rec. Doc. 34), the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and absence of any objection to plaintiff's motion, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. *See* Rec. Doc. 37. Therefore,

**IT IS ORDERED** that the motion is GRANTED and plaintiff is hereby entitled to an award of attorneys' fees in the amount of $6,360.00 and costs in the amount of $400.00, for a total amount of $6,760.00. Rec. Doc. 34.

New Orleans, Louisiana, this 2nd day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE